Mathew K. Higbee, Esq. SBN 241380
Ryan E. Carreon, Esq., SBN 311668
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Suite 112
Santa Ana, CA 92705
(714) 617-8373
(714) 597-6559 facsimile
Email: mhigbee@higbeeassociates.com
rcarreon@higbeeassociates.com

*Attorney for Plaintiff,*
SHANNA FISHER

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHANNA FISHER | Case No. 2:23-cv-02352-MAA |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| MATTHEW TYLER MUSTO p/k/a BLACKBEAR; BEARTRAP LLC; BEARTRAP SOUND, INC; MOMENT HOUSE INC and DOES 1 through 10 inclusive, | |
| Defendants. | |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that Plaintiff and Defendants have reached a settlement in principal on the above referenced case. The Parties are working on finalizing a settlement agreement and Plaintiff requests that the parties be given 45 days in which to finalize the agreement and to perform their obligations under the agreement at which time Plaintiff will file a dismissal.

Dated: July 11, 2023            Respectfully submitted,

**/s/ Mathew K. Higbee**
Mathew K. Higbee, Esq.
Cal. Bar No. 241380
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Ste 112
Santa Ana, CA 92705-5418
(714) 617-8373
(714) 597-6559 facsimile
*Counsel for Plaintiff*